JOHN T. KEATING
Nevada Bar No. 6373
KIMBERLY L. JOHNSON
Nevada Bar No. 10554
K E A T I N G LAW GROUP
9130 West Russell Road, Suite 200
Las Vegas, Nevada 89148
(702) 228-6800 Telephone
(702) 228-0443 Facsimile
jkeating@keatinglg.com
Attorneys for Plaintiff
*UNIVERSAL NORTH AMERICA INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL NORTH AMERICA INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>JONATHAN SCHWALB, BRAD AMADOR; VICTOR DRAIS an individual, DRAIS MANAGEMENT GROUP LLC, a Nevada Corporation, DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-01553-APG-PAL<br><br>**AMENDED**<br>**ORDER FOR PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT** |

Upon reading Plaintiff's Motion and the Affidavit of Plaintiff's counsel on file herein, it appearing that a verified Complaint has been filed; that a Summons directed to Defendant

1

VICTOR DRAI has been issued; that the Defendant is a necessary party; that Plaintiff has attempted service of Defendant on several occasions; that the Defendant has not been personally served in the State of Nevada; that Plaintiff needs additional time to perfect personal service on Defendant and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time for Service of Complaint is Granted, until **October 30, 2017**.

DATED this 31 day of August, 2017.

U.S. DISTRICT COURT JUDGE/MAGISTRATE

Submitted by:

K E A T I N G LAW GROUP

JOHN T. KEATING
Nevada Bar No. 6373
KIMBERLY L. JOHNSON
Nevada Bar No. 10554
9130 West Russell Road, Suite 200
Las Vegas, Nevada 89148
Attorneys for Plaintiff
*Universal North America Insurance Company*

2